**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: OWENSBY ELECTRIC INC.  Case No. 09-46552
  Chapter 7
_____,
                Debtor

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/13/2012 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/14/2011        By:  /s/BRADLEY J. WALLER
                                         Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380
bwaller@ksbwl.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: OWENSBY ELECTRIC INC.

Case No. 09-46552
Chapter 7

_____,
Debtor

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,452.84 |
| *and approved disbursements of* | $ 989.11 |
| *leaving a balance on hand of* [1] | $ 14,463.73 |
| **Balance on hand:** | $ 14,463.73 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,463.73 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 2,295.28 | 0.00 | 2,295.28 |
| Trustee, Expenses - BRADLEY J. WALLER | 117.00 | 0.00 | 117.00 |
| Accountant for Trustee, Fees - LEE G. SCHWENDNER, CPA | 1,633.75 | 0.00 | 1,633.75 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,046.03 |
| Remaining balance: | $ 10,417.70 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,417.70

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,092.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 839.50 | 0.00 | 543.46 |
| 5-2P | Internal Revenue Service | 15,253.19 | 0.00 | 9,874.24 |

Total to be paid for priority claims: $ 10,417.70
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 316,559.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 200.00 | 0.00 | 0.00 |
| 2S | Harris N.A. | 40,000.00 | 0.00 | 0.00 |
| 2U | Harris N.A. | 253,814.15 | 0.00 | 0.00 |
| 3 | City Electric | 2,917.94 | 0.00 | 0.00 |
| 4 | National Electrical Benefit Fund | 4,946.42 | 0.00 | 0.00 |
| 6 | Fia Card Services, NA/Bank of America | 12,590.24 | 0.00 | 0.00 |
| 7 | Fia Card Services, NA/Bank of America | 1,037.99 | 0.00 | 0.00 |
| 8 | Fia Card Services, NA/Bank of America | 1,052.79 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380
bwaller@ksbwl.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# Notice Recipients

District/Off: 0752–1          User: kseldon                  Date Created: 1/27/2010
Case: 09–46552               Form ID: ntcftfc7              Total: 32

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Owensby Electric Inc. | 8750 E. Mallard Lane | Wilmington, IL 60481 |
| tr | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC | 2045 Aberdeen Court  Sycamore, IL 60178 |
| aty | John C Renzi | June Prodehl &Renzi LLC | 1861 Black Road  Joliet, IL 60435 |
| 14825316 | Bank of America | Business Card  P.O. Box 15710 | Wilmington, DE 79886–5710 |
| 14825317 | Bank of America | Business Card  P.O. Box 15710 | Wilmington, DE 79886–5710 |
| 14825318 | Beneficial (HSBC) | P.O. Box 3425 | Buffalo, NY 14240–9733 |
| 14825319 | Chase Card Member Services | P.O. Box 15153 | Wilmington, DE 19886–5153 |
| 14825320 | Citifinancial | P.O. Box 6931 | The Lakes, NV 88901–6931 |
| 14825321 | City Electric | P.O. Box 1006 | Wilbraham, MA 01095 |
| 14825322 | Complete Industrial Revere Electric | 1220 Wenzel Road | Peru, IL 61354 |
| 14825323 | Dell Financial | P.O. Box 5292 | Carol Stream, IL 60197–5292 |
| 14825324 | GMAC | Payment Processing Center  P.O. Box 9001948 | Louisville, KY 40290–1948 |
| 14825325 | Harris Bank | 78 N. Chicago | Joliet, IL 60435 |
| 14825326 | Home Pages | MB &W Building  26000 Cannon Road | Bedford, OH 44146 |
| 14825327 | IBEW Local #176 | 1100 N. I–55 Frontage Road | Joliet, IL 60431 |
| 14936395 | Illinois Department of Employment Security | 33 South State Street | Chicago, Illinois 60603  Attn: Bankruptcy Unit – 10th flr. |
| 14825328 | Illinois Dept. of Employment Securi | Benefit Repayments  P.O. Box 6996 | Chicago, IL 60680 |
| 14825329 | Illinois Dept. of Revenue | Banruptcy Section  P.O. Box 64338 | Chicago, IL 60664 |
| 14825330 | Internal Revenue Service | P.O. Box 21126 | Philadelphia, PA 19114 |
| 14825334 | LocaL 461  IBEW) | 110 N. I–55 Frontage Road | Joliet, IL 60431 |
| 14825331 | Local 134  IBEW) | 3963 W. Belmont Ave., Suite 6 | Chicago, IL 60618 |
| 14825332 | Local 134 (IBEW) | 3963 W. Belmont Ave. Suite 6 | Chicago, IL 60618 |
| 14825333 | Local 176 (IBEW) | 1100 N. I–55 Frontage Road | Joliet, IL 60431 |
| 14825335 | Local 461 (IBEW) | 591 Sullivan Road, Suite 100 | Aurora, IL 60506 |
| 14825336 | Local 601  IBEW) | 3301 N. Boardwalk Dr. | Champaign, IL 61822 |
| 14825337 | Local 601 (IBEW) | 3301 North Boardwalk Drive | Champaign, IL 61822 |
| 14825338 | Local 701  IBEW) | 2900 Ogden Ave., Suite 101 | Lisle, IL 60532 |
| 14825339 | Local 701 (IBEW) | 2900 Ogden Ave. Suite 101 | Lisle, IL 60532 |
| 14825340 | M.J. Electric | 31 W. 377 Schoger Drive | Naperville, IL 60564 |
| 14825341 | NECA–IBEW Pension Trust Fund | 2120 Hubbard Avenue | Decatur, IL 62526 |
| 14825342 | Terry &Rhonda Owensby | 8750 E. Mallard Lane | Wilmington, IL 60481 |
| 14825343 | US Bank | P.O. Box 068 | Buffalo, NY 14240–0068 |

TOTAL: 32