# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: OWENSBY ELECTRIC INC.　　　　　　　　　　　Case No. 09-46552
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　7
_____ ,
　　　　　　　Debtor

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BRADLEY J. WALLER_____ , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

　　The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
　　219 S. Dearborn Street
　　Chicago, IL　60604

　　Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee.　If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

　　Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.　A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 01/13/2012 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL　60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/14/2011          By:  /s/BRADLEY J. WALLER
                                           Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380
bwaller@ksbwl.com

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: OWENSBY ELECTRIC INC.

Debtor

Case No. 09-46552
Chapter 7

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $  15,452.84

*and approved disbursements of*  $  989.11

*leaving a balance on hand of* [1]  $  14,463.73

**Balance on hand:**  $  14,463.73

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  14,463.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 2,295.28 | 0.00 | 2,295.28 |
| Trustee, Expenses - BRADLEY J. WALLER | 117.00 | 0.00 | 117.00 |
| Accountant for Trustee, Fees - LEE G. SCHWENDNER, CPA | 1,633.75 | 0.00 | 1,633.75 |

Total to be paid for chapter 7 administration expenses:  $  4,046.03
Remaining balance:  $  10,417.70

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 10,417.70 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,092.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Employment Security | 839.50 | 0.00 | 543.46 |
| 5-2P | Internal Revenue Service | 15,253.19 | 0.00 | 9,874.24 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 10,417.70 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 316,559.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Employment Security | 200.00 | 0.00 | 0.00 |
| 2S | Harris N.A. | 40,000.00 | 0.00 | 0.00 |
| 2U | Harris N.A. | 253,814.15 | 0.00 | 0.00 |
| 3 | City Electric | 2,917.94 | 0.00 | 0.00 |
| 4 | National Electrical Benefit Fund | 4,946.42 | 0.00 | 0.00 |
| 6 | Fia Card Services, NA/Bank of America | 12,590.24 | 0.00 | 0.00 |
| 7 | Fia Card Services, NA/Bank of America | 1,037.99 | 0.00 | 0.00 |
| 8 | Fia Card Services, NA/Bank of America | 1,052.79 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380
bwaller@ksbwl.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# Notice Recipients

District/Off: 0752−1    User: kseldon    Date Created: 1/27/2010
Case: 09−46552    Form ID: ntcftfc7    Total: 32

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Owensby Electric Inc. | 8750 E. Mallard Lane | Wilmington, IL 60481 | |
| tr | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC | 2045 Aberdeen Court | Sycamore, IL 60178 |
| aty | John C Renzi | June Prodehl &Renzi LLC | 1861 Black Road | Joliet, IL 60435 |
| 14825316 | Bank of America | Business Card | P.O. Box 15710 | Wilmington, DE 79886−5710 |
| 14825317 | Bank of America | Business Card | P.O. Box 15710 | Wilmington, DE 79886−5710 |
| 14825318 | Beneficial (HSBC) | P.O. Box 3425 | Buffalo, NY 14240−9733 | |
| 14825319 | Chase Card Member Services | P.O. Box 15153 | Wilmington, DE 19886−5153 | |
| 14825320 | Citifinancial | P.O. Box 6931 | The Lakes, NV 88901−6931 | |
| 14825321 | City Electric | P.O. Box 1006 | Wilbraham, MA 01095 | |
| 14825322 | Complete Industrial Revere Electric | 1220 Wenzel Road | Peru, IL 61354 | |
| 14825323 | Dell Financial | P.O. Box 5292 | Carol Stream, IL 60197−5292 | |
| 14825324 | GMAC | Payment Processing Center | P.O. Box 9001948 | Louisville, KY 40290−1948 |
| 14825325 | Harris Bank | 78 N. Chicago | Joliet, IL 60435 | |
| 14825326 | Home Pages | MB &W Building | 26000 Cannon Road | Bedford, OH 44146 |
| 14825327 | IBEW Local #176 | 1100 N. I−55 Frontage Road | Joliet, IL 60431 | |
| 14936395 | Illinois Department of Employment Security | 33 South State Street | Chicago, Illinois 60603 | Attn: Bankruptcy Unit − 10th flr. |
| 14825328 | Illinois Dept. of Employment Securi | Benefit Repayments | P.O. Box 6996 | Chicago, IL 60680 |
| 14825329 | Illinois Dept. of Revenue | Banruptcy Section | P.O. Box 64338 | Chicago, IL 60664 |
| 14825330 | Internal Revenue Service | P.O. Box 21126 | Philadelphia, PA 19114 | |
| 14825334 | LocaL 461    IBEW) | 110 N. I−55 Frontage Road | Joliet, IL 60431 | |
| 14825331 | Local 134    IBEW) | 3963 W. Belmont Ave., Suite 6 | Chicago, IL 60618 | |
| 14825332 | Local 134 (IBEW) | 3963 W. Belmont Ave. Suite 6 | Chicago, IL 60618 | |
| 14825333 | Local 176 (IBEW) | 1100 N. I−55 Frontage Road | Joliet, IL 60431 | |
| 14825335 | Local 461 (IBEW) | 591 Sullivan Road, Suite 100 | Aurora, IL 60506 | |
| 14825336 | Local 601    IBEW) | 3301 N. Boardwalk Dr. | Champaign, IL 61822 | |
| 14825337 | Local 601 (IBEW) | 3301 North Boardwalk Drive | Champaign, IL 61822 | |
| 14825338 | Local 701    IBEW) | 2900 Ogden Ave., Suite 101 | Lisle, IL 60532 | |
| 14825339 | Local 701 (IBEW) | 2900 Ogden Ave. Suite 101 | Lisle, IL 60532 | |
| 14825340 | M.J. Electric | 31 W. 377 Schoger Drive | Naperville, IL 60564 | |
| 14825341 | NECA−IBEW Pension Trust Fund | 2120 Hubbard Avenue | Decatur, IL 62526 | |
| 14825342 | Terry &Rhonda Owensby | 8750 E. Mallard Lane | Wilmington, IL 60481 | |
| 14825343 | US Bank | P.O. Box 068 | Buffalo, NY 14240−0068 | |

TOTAL: 32

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                         Case No. 09-46552-BWB
Owensby Electric Inc.                                          Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mflowers             Page 1 of 3              Date Rcvd: Dec 15, 2011
                              Form ID: pdf006            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2011.
db           +Owensby Electric Inc.,    8750 E. Mallard Lane,    Wilmington, IL 60481-9226
14825316     +Bank of America,    Business Card,    P.O. Box 15710,    Wilmington, DE 19850-5710
14825318    #+Beneficial (HSBC),    P.O. Box 3425,    Buffalo, NY 14240-3425
14825319      Chase Card Member Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
14825320      Citifinancial,    P.O. Box 6931,   The Lakes, NV 88901-6931
14825321     +City Electric,    P.O. Box 1006,   Wilbraham, MA 01095-7006
14825322     +Complete Industrial Revere Electric,     1220 Wenzel Road,    Peru, IL 61354-1136
14825323    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial,      P.O. Box 5292,    Carol Stream, IL 60197-5292)
14825324      GMAC,   Payment Processing Center,     P.O. Box 9001948,    Louisville, KY 40290-1948
14825325     +Harris Bank,   78 N. Chicago,    Joliet, IL 60432-4348
15054012     +Harris N.A.,    C/O Daniel Rubin,   Howard and Howard Attorneys PLLC,
               200 S Michigan Ave Suite 1100,    Chicago, IL 60604-2461
14825326     +Home Pages,   MB & W Building,    26000 Cannon Road,    Bedford, OH 44146-1807
14825327     +IBEW Local #176,    1100 N. I-55 Frontage Road,    Joliet, IL 60431-2805
14936395     +Illinois Department of Employment Security,     33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14825328     +Illinois Dept. of Employment Securi,     Benefit Repayments,    P.O. Box 6996,
               Chicago, IL 60680-6996
14825329     +Illinois Dept. of Revenue,    Banruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14825330     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
14825334      LocaL 461,    IBEW),   110 N. I-55 Frontage Road,    Joliet, IL 60431
14825331     +Local 134,    IBEW),   3963 W. Belmont Ave., Suite 6,    Chicago, IL 60618-5129
14825333     +Local 176 (IBEW),    1100 N. I-55 Frontage Road,    Joliet, IL 60431-2805
14825335     +Local 461 (IBEW),    591 Sullivan Road, Suite 100,    Aurora, IL 60506-1473
14825336     +Local 601,    IBEW),   3301 N. Boardwalk Dr.,    Champaign, IL 61822-1252
14825337     +Local 601 (IBEW),    3301 North Boardwalk Drive,    Champaign, IL 61822-1252
14825338     +Local 701,    IBEW),   2900 Ogden Ave., Suite 101,    Lisle, IL 60532-1974
14825340     +M.J. Electric,    31 W. 377 Schoger Drive,    Naperville, IL 60564-5657
14825341     +NECA-IBEW Pension Trust Fund,    2120 Hubbard Avenue,    Decatur, IL 62526-2871
15204750     +National Electrical Benefit Fund,    Attn Jennifer Hawkins,     900 Seventh Street NW,
               Washington, DC 20001-3886
14825342     +Terry & Rhonda Owensby,    8750 E. Mallard Lane,    Wilmington, IL 60481-9226
14825343      US Bank,    P.O. Box 068,   Buffalo, NY 14240-0068

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15464838      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 16 2011 05:42:56
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
14825330     +E-mail/Text: cio.bncmail@irs.gov Dec 16 2011 02:58:45     Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            American Auction Associates, Inc
14825317*    +Bank of America,    Business Card,    P.O. Box 15710,    Wilmington, DE 19850-5710
14825332*    +Local 134 (IBEW),    3963 W. Belmont Ave. Suite 6,    Chicago, IL 60618-5129
14825339*    +Local 701 (IBEW),    2900 Ogden Ave. Suite 101,    Lisle, IL 60532-1974
                                                                                 TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: mflowers              Page 2 of 3            Date Rcvd: Dec 15, 2011
                              Form ID: pdf006             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 17, 2011**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: mflowers              Page 3 of 3                  Date Rcvd: Dec 15, 2011
                              Form ID: pdf006             Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2011 at the address(es) listed below:
          Bradley J Waller    bjwtrustee@ksbwl.com,  il56@ecfcbis.com
          Daniel  Rubin    on behalf of Creditor  Harris n.a drubin@howardandhoward.com
          James M Philbrick    on behalf of Creditor  GMAC jmphilbrick@att.net
          John C Renzi    on behalf of Debtor  Owensby Electric Inc. jcrenzi@jprlaw.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          TOTAL: 5