UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
OWENSBY ELECTRIC INC. §    Case No. 09-46552
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/BRADLEY J. WALLER _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| Illinois Department of Revenue | | | | | |
| Illinois Department of Revenue | | | | | |
| LEE G. SCHWENDNER, CPA | | | | | |
| American Auction Associates Inc. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 5-2P | INTERNAL REVENUE SERVICE | | | | | |
| 5-2S | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | CITY ELECTRIC | | | | | |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 2S | HARRIS N.A. | | | | | |
| 2U | HARRIS N.A. | | | | | |
| 1U | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 5-2U | INTERNAL REVENUE SERVICE | | | | | |
| 4 | NATIONAL ELECTRICAL BENEFIT FUND | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-46552 BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | OWENSBY ELECTRIC INC. | | Date Filed (f) or Converted (c): | 12/09/09 (f) |
| | | | 341(a) Meeting Date: | 01/13/10 |
| For Period Ending: | 02/09/12 | | Claims Bar Date: | 04/28/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Grundy County Bank (checking)(est) | 200.00 | 0.00 | DA | 0.00 | FA |
| 2. A/R (complete list available to Trustee) | 12,900.00 | 0.00 | DA | 0.00 | FA |
| 3. customer list (nominal value) | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. 1999 Chevy 2500 | 6,000.00 | 2,200.00 | | 2,200.00 | FA |
| 5. 2002 Chevy Express Van | 7,625.00 | 5,000.00 | | 5,000.00 | FA |
| 6. 2003 Chevy Pick up (S-10) | 8,025.00 | 2,000.00 | | 2,000.00 | FA |
| 7. 1999 Ford Boom truck | 10,750.00 | 6,250.00 | | 6,250.00 | FA |
| 8. 2007 Chevy Colorado (f.l.) | 15,200.00 | 0.00 | DA | 0.00 | FA |
| 9. Konica 7022 copier (est. $600), misc. Office Fur | 900.00 | 0.00 | DA | 0.00 | FA |
| 10. Case Trencher (est. $2,000), Vermeer Trencher (e | 20,300.00 | 0.00 | DA | 0.00 | FA |
| 11. Misc. Hand Tools & Ladders (includes various saw | 7,500.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.84 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $89,500.00 | $15,450.00 | | $15,452.84 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 06/30/11

LFORM1                                                                                                                                                                              Ver: 16.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-46552 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | OWENSBY ELECTRIC INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5165 Money Market Account |
| Taxpayer ID No: | *******4292 | | | |
| For Period Ending: | 02/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312266775165 | Wire in from JPMorgan Chase Bank, N.A. account 312266775165 | 9999-000 | 1,500.01 | | 1,500.01 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 1,500.08 |
| 05/18/10 | 5 | T. & R. Electric<br>Standard Bank & Trust Company<br>7800 West 95th Street<br>Hickory, IL 60457 | per court order of 03/19/2010<br>DEPOSIT CHECK #700518 | 1129-000 | 2,000.00 | | 3,500.08 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 3,500.22 |
| 06/17/10 | 5 | T&R Electric<br>Standard Bank & Trust<br>7800 West 95th Street<br>Hickory Hills, IL 60457 | per court order of 3/19/2010<br>DEPOSIT CHECK #700561 | 1129-000 | 1,500.00 | | 5,000.22 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 5,000.45 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.30 | | 5,000.75 |
| 08/09/10 | | American Auction Associates Inc.<br>8515 S. Thomas AVenue<br>Bridgeview, IL 60455 | per court order of February 19, 2010<br>DEPOSIT CHECK #4586 | | 10,450.00 | | 15,450.75 |
| | 4 | | Memo Amount: 2,200.00 | 1129-000 | | | |
| | 7 | | Memo Amount: 6,250.00 | 1129-000 | | | |
| | 6 | | Memo Amount: 2,000.00 | 1129-000 | | | |
| 08/23/10 | 011001 | American Auction Associates Inc.<br>8515 Thomas Avenue<br>Bridgeview, IL 60554 | per court order of August 20, 2010 | 3620-000 | | 717.00 | 14,733.75 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.72 | | 14,734.47 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,734.58 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,734.69 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,734.80 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,734.92 |

Page Subtotals     15,451.92     717.00

Ver: 16.05c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-46552 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | OWENSBY ELECTRIC INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******5165 Money Market Account |
| Taxpayer ID No: | *******4292 | | |
| For Period Ending: | 02/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,735.04 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,735.15 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,735.27 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,735.39 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,735.51 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,735.63 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,735.75 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.26 | 14,707.49 |
| 08/24/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.09 | | 14,707.58 |
| 08/24/11 | | To Acct #*******5166 | | 9999-000 | | 14,707.58 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 10,450.00 | COLUMN TOTALS | | 15,452.84 | 15,452.84 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 1,500.01 | 14,707.58 | |
| | | Subtotal | | 13,952.83 | 745.26 | |
| Memo Allocation Net: | 10,450.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 13,952.83 | 745.26 | |

Page Subtotals  0.92  14,735.84

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 09-46552 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | OWENSBY ELECTRIC INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5166 Checking Account |
| Taxpayer ID No: | *******4292 | | | |
| For Period Ending: | 02/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/11 | | From Acct #*******5165 | | 9999-000 | 14,707.58 | | 14,707.58 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,682.58 |
| 09/13/11 | 000101 | Illinois Department of Revenue<br>P.O. Box 19032<br>Springfield, IL 62794-9032 | 2010 Taxes | 2810-000 | | 160.00 | 14,522.58 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.06 | 14,492.52 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.79 | 14,463.73 |
| 01/10/12 | 000102 | Illinois Department of Revenue<br>Attn: Remit<br>101 West Randolph, Suite 7-400<br>Chicago, IL 60601 | 2010 state tax | 2820-000 | | 46.28 | 14,417.45 |
| 01/13/12 | 000103 | LEE G. SCHWENDNER, CPA<br>DiGiovine, Hnilo, Jordan & Joh<br>2570 Foxfield Road, Suite 301<br>St. Charles, IL 60174 | Dividend paid 100.00% on<br>$1,633.75, Accountant for Trustee Fees (Other Firm);<br>Reference: | 3410-000 | | 1,633.75 | 12,783.70 |
| 01/13/12 | 000104 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Dividend paid 100.00% on $117.00,<br>Trustee Expenses; Reference: | 2200-000 | | 117.00 | 12,666.70 |
| 01/13/12 | 000105 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Dividend paid 100.00% on<br>$2,249.00, Trustee Compensation; Reference: | 2100-000 | | 2,249.00 | 10,417.70 |
| 01/13/12 | 000106 | Illinois Department of Employment Security<br>33 South State Street<br>Attn: Bankruptcy Unit - 10th flr.<br>Chicago, IL 60603 | Dividend paid 64.73% on $839.50;<br>Claim# 1P; Filed: $839.50; Reference: | 5800-000 | | 543.46 | 9,874.24 |
| 01/13/12 | 000107 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Dividend paid 64.73% on<br>$15,253.19; Claim# 5-2P; Filed: $15,253.19;<br>Reference: | 5800-000 | | 9,874.24 | 0.00 |

Page Subtotals  14,707.58  14,707.58

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 09-46552 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | OWENSBY ELECTRIC INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******5166  Checking Account |
| Taxpayer ID No: | *******4292 | | |
| For Period Ending: | 02/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 14,707.58 | 14,707.58 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 14,707.58 | 0.00 | |
| | | | | Subtotal | 0.00 | 14,707.58 | |
| | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | | | Net | 0.00 | 14,707.58 | |

Page Subtotals        0.00           0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-46552 -BB | | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- | --- |
| Case Name: | OWENSBY ELECTRIC INC. | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | | | Account Number / CD #: | *******5165 Money Market Account |
| Taxpayer ID No: | *******4292 | | | |
| For Period Ending: | 02/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/10 | 5 | T & R Electric Inc<br>Standard Bank<br>7800 W. 95th Street<br>Hickory Hills, IL 60457 | per court order of 03/19/2010<br>DEPOSIT CHECK #697031 | 1129-000 | 1,500.00 | | 1,500.00 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500%<br>JPMORGAN CHASE BANK, N.A. | 1270-000 | 0.01 | | 1,500.01 |
| 04/06/10 | | Wire out to BNYM account 000266775165 | Wire out to BNYM account 000266775165 | 9999-000 | | 1,500.01 | 0.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 1,500.01 | 1,500.01 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 1,500.01 | 1,500.01 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 1,500.01 | 1,500.01 | |

Page Subtotals 1,500.01 1,500.01

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-46552 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | OWENSBY ELECTRIC INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3127  Checking Account |
| Taxpayer ID No: | *******4292 | | | |
| For Period Ending: | 02/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 10,450.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market Account - ********5165 | | 13,952.83 | 745.26 | 0.00 |
| | | Checking Account - ********5166 | | 0.00 | 14,707.58 | 0.00 |
| Total Memo Allocation Net: | 10,450.00 | Money Market Account - ********5165 | | 1,500.01 | 1,500.01 | 0.00 |
| | | Checking Account - ********3127 | | 0.00 | 0.00 | 0.00 |
| | | | | 15,452.84 | 16,952.85 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*